UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-mj-02596 Goodman

UNITED STATES OF AMERICA

vs

GREGORY P. SCHULTE,

    Defendant.

_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?  ___ Yes  _X_ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? ___ Yes  _X_ No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?  ___ Yes  _X_ No

4. Did this matter originate from a matter pending in the Southern Region of the United States Attorney's Office prior to November 23, 2020 (Judge Aileen M. Cannon)?  _X_ Yes  __No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

BY: _____
Thomas A. Watts-FitzGerald
Assistant United States Attorney
Southern District of Florida
Florida Bar No.: 0273538
99 Northeast 4th Street
Miami, Florida 33132-2111
Telephone: (305) 961-
E-mail:

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>GREGORY P. SCHULTE,<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  21-mj-02596 Goodman<br>)<br>)<br>) |

**CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____March 27, 2021_____ in the county of _____Miami-Dade_____ in the _____Southern_____ District of _____Florida_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a), (B)(1)(A)(viii) | Possession with Intent to Distribute, in excess of 50 grams |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Ranger Jared Barber, NPS/DOI
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Face Time.

Date: 03/29/2021

_____
*Judge's signature*

City and state: Miami, Florida          Hon. Jonathan Goodman, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jared Barber, being duly sworn, state the following.

1. I make this affidavit in support of an application for a criminal complaint for GREGORY P. SCHULTE in support of charges under 21 U.S.C.641(a) [Possession with Intent to Distribute a Controlled Substance].

2. I am a United States Law Enforcement Park Ranger with the National Park Service, and have been since February 27, 2011. I am currently assigned to the Big Cypress National Preserve, which is a national park area under the legislative jurisdiction of the United States. I successfully completed the Land Management Police Training through the Federal Law Enforcement Training Center.

3. The facts of the affidavit are based upon my personal knowledge, as well as knowledge, information, and documentation that I obtained from other law enforcement officers. I am submitting this affidavit for the limited purpose of establishing probable case for a Criminal Complaint against GREGORY P. SCHULTE, a United States Citizen. This affidavit does not include every fact that I know about the investigation.

4. On March 27, 2021 at approximately 9:57 AM, Officer Nathan Moreno and I were sent by Everglades Dispatch to a BOLO from Miccosukee Police Department for a gray Ford Ranger pickup with damage to its front end, in the area of Loop Road in the jurisdiction of Big Cypress National Preserve. Dispatch reported that the vehicle had gotten in an accident on Loop Road, that an injured passenger had left the vehicle and that the driver also drove the vehicle away from the accident scene.

5. Officer Michael Van Buren and Miccosukee Police Department Officers Andres Alba and Marcelo Londono interviewed the passenger, identified as Nicholas Hernandez, who said that the driver of the vehicle involved in the accident was GREG SCHULTE.

6. At approximately 11:28 AM, Officer Van Buren located the gray pickup with no occupants and no one nearby. The key ring was in the ignition of the abandoned vehicle. Officer Van Buren requested a tow truck for the pickup, later identified by its FL tag KFYD28. The vehicle was a small gray Isuzu, located approximately 30 feet into the woods on the south side of the paved road at a curve in the road. The pickup had damage to the front of the vehicle on the driver's side, the windshield was broken, and the steering wheel was pushed forward.

7. While conducting the Impound/Inventory Search, Officer Londono recovered a loaded Smith and Wesson M&P 9mm Shield Pistol, serial number HMM4344 from the glove compartment in the pickup.

8. While conducting the Impound/Inventory search, Officer Marcelo Londono observed a duct-taped wrapped item approximately brick-sized inside of a camouflage pack in the pickup-bed toolbox, that had been locked with a master lock. The key to the lock was on the abandoned key-ring left in the ignition. The package was subsequently determined to weigh 1748 grams (3.8 pounds).

9. At approximately 12:23 Officer Londono's dog, a rained narcotics detection canine, alerted for drugs when it came near the duct taped package inside of the camouflage pack. At approximately 12:35 your Affiant cut open the package. The substance inside was a light tan granular substance. I tested the substance using a Marquis Reagent NIK Test and the fluid turned a light yellow to very light brown. According to the test, this indicates the possible presence of Amphetamines.

10. Thereafter, officers located an individual man walking on Loop Road near the scene who was identified as GREGORY P. SCHULTE. SCHULTE had minor cuts to his face, arms, and legs and admitted that he was the driver of the pickup when the accident occurred.

11. SCHULTE was arrested for 21 USC 841, Possession of a Controlled Substance with Intent to Distribute.

## Conclusion

Based upon my training and experience, and the information imparted to me by other law enforcement officers, your affiant has probable cause to believe that GREGORY P. SCHULTE did knowingly engage in prohibited conduct, that is, possession with intent to distribute a controlled substance involving in excess of 50 grams or more of, in violation of 21 USC 841(a)(1), (b)(1)A)(viii).

FURTHER AFFIANT SAYETH NAUGHT

_____
Jared Barber
Ranger, National Park Service
U.S. Department of the Interior

Attested to by the Applicant in accordance
with the requirements of Fed. R. Crim. P. 4.1
on this __29th__ day of March, 2021.

_____
JONATHAN GOODMAN
UNITED STATES MAGISTRATE JUDGE